UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br>ALEXANDER MICHAEL DOMINIC MACDONALD | No. |

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**
**(Interference with Flight Crew or Attendant)**

On or about March 1, 2024, in the District of Maine and elsewhere, on an aircraft in the special aircraft jurisdiction of the United States, namely a civil aircraft of the United States in flight from London, England to Newark, New Jersey, and while the aircraft was traveling in United States airspace in the District of Maine, defendant

**ALEXANDER MICHAEL DOMINIC MACDONALD**

did knowingly interfere with the duties of a flight crew member or flight attendant of the aircraft and lessen the ability of the flight crew or attendant to perform those duties by intimidating a flight crew member or flight attendant; in violation of Title 49, United States Code, Section 46504.

Dated this 18th day of March 2024      Respectfully submitted,

DARCIE N. MCELWEE
United States Attorney

/s/ Chris Ruge
Chris Ruge
Assistant United States Attorney