**Synopsis**
(Information)

| | |
|---|---|
| **Name:** | Alexander Michael Dominic MacDonald |
| **Address:**<br>**(City & State Only)** | Chelmsford, England, United Kingdom |
| **Year of Birth and Age:** | 1993(30 years of age) |
| **Violations:** | **Count 1**: Interference with flight crew members and attendants. See 49 U.S.C. § 46504. |
| **Penalties:** | **Count 1**: Not more than 20 years, a fine of $250,000, or both. See 49 U.S.C. § 46504 (Class C Felony) |
| **Supervised Release:** | **Count 1**: Not more than 3 years. See 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1**: Not more than 2 years per violation. See 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1**: Up to 3 years, less any term of imprisonment imposed upon revocation. See 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Matthew Morgan, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | Jose-Rodriguez-Aguilar, FBI |
| **Detention Status:** | In USMS custody |
| **Foreign National:** | Yes |
| **Foreign Consular Notification Provided:** | Yes |
| **County:** | Penobscot |
| **AUSA:** | Ruge |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution?** | Yes |

| Y/N | |
|---|---|
| **Assessments:** | **Count 1:** $100.00. <u>See</u> 18 U.S.C. § 3013(a)(2)(A). |